UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| VINCENT G. KELLEY | § | Case No. 09-14879 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/19/2012 in Courtroom 613,

        United States Courthouse
        219 S. Dearborn St. Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/07/2012        By: Gregg Szilagyi
                                                                   Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
VINCENT G. KELLEY § Case No. 09-14879
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 40,002.56 |
| and approved disbursements of | $ 297.44 |
| leaving a balance on hand of[1] | $ 39,705.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 4,750.26 | $ 0.00 | $ 4,750.26 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 14,916.00 | $ 0.00 | $ 14,916.00 |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $ 276.34 | $ 0.00 | $ 276.34 |
| Total to be paid for chapter 7 administrative expenses | | | $ 19,942.60 |
| Remaining Balance | | | $ 19,762.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 526,423.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | James M. Covert | $ 476,825.57 | $ 0.00 | $ 17,900.56 |
| 2 | JP Morgan Chase Bank NA | $ 6,005.23 | $ 0.00 | $ 225.44 |
| 3 | Rmi | $ 4,887.43 | $ 0.00 | $ 183.48 |
| 4 | American Express Bank, FSB | $ 1,111.19 | $ 0.00 | $ 41.72 |
| 6 | FIA Card Services, NA/Bank of America | $ 37,593.94 | $ 0.00 | $ 1,411.32 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,762.52 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-14879-TAB
Vincent G. Kelley                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: Nov 08, 2012
                              Form ID: pdf006           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2012.
```
db          +Vincent G. Kelley,    3512 Bernice Rd.,    Lansing, IL 60438-1411
aty         +Crane,Heyman,Simon, Welch & Clar,   Crane Heyman,simon, Welch & Simon,
              135 S Lasalle St Ste 3705,   Chicago, IL 60603-4101
13832164    +American Express Bank, FSB,    c/o Becket & Lee LLP,    Pob 3001,    Malvern PA 19355-0701
13832165    +Bank Of America,    Pob 17054,   Wilmington, DE 19884-0001
13832166    +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive,    Ste. 400,   Chicago, IL 60606-4440
13832167    +Capital One,    POB 26074,   Richmond, VA 23260-6074
13832169    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
13832168    +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
13832170    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13832171    +Creditors Financial Group,    POB 440290,   Aurora, CO 80044-1500
13832172    +Custom Coll Srvs Inc,    55 E 86th Ave Ste D,   Merrillville, IN 46410-6265
13832173    #+Dependon Collection Se,    120 W 22nd St Ste 360,    Oak Brook, IL 60523-4070
13832174    +Deutsch, Levy and Engel,    225 W. Washington,   Ste. 1700,    Chicago, IL 60606-3482
16803185    +JP Morgan Chase Bank NA,    Ascension Capital Group, Inc,    Pob 201347,   Arlington TX 76006-1347
13832175    +James M. Covert,   c/o Lee Farbman,    Deutsch, Levy & Engle, Chartered,
              225 W Washington, Ave, Ste 1700,   Chicago IL 60606-3482
13832176    +Joseph E. Daudish,    Interstate Bank Office Plaza,    POB 526,   Oak Forest, IL 60452-0526
13832179    +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
13832180    +Radiology Imaging Consultants,    POB 1886,   Harvey, IL 60426-7886
13832181    +Rmi,   3348 Ridge Rd,    Lansing, IL 60438-3112
13832182    +Southwest Labratory Physicians,    Dept. 77-9288,    Chicago, IL 60678-0001
13832183    +Stuart Berks,    Deutsch, Levy & Engel, Chartered,    225 W. Washington, Ste. 1700,
              Chicago, IL 60606-3482
13832184     Sullivan Urgent Aid Centers LTD,    Dept. 20-6001, POB 5990,    Carol Stream, IL 60197
13832185    +West Asset Management,    220 Sunset Blvd Ste A,    Sherman, TX 75092-7465
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17183544     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2012 00:53:06
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
17079074    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 09 2012 00:49:14
              JP Morgan Chase Bank, c/o Ascension Capital Group,    PO Box 201347,    Arlington TX 76006-1347
13832177     E-mail/Text: bankruptcydepartment@ncogroup.com Nov 09 2012 00:47:15      Nco Fin/99,
              Po Box 41466,   Philadelphia, PA 19101
13832178    +E-mail/Text: bankrup@nicor.com Nov 09 2012 00:39:55      Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16965884*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Nov 08, 2012
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2012 at the address(es) listed below:

      Constantine Dean Matsas   on behalf of Debtor Vincent Kelley cdmatsas@matsaslaw.com
      Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Scott R Clar    on behalf of Plaintiff Gregg Szilagyi sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com

                                                                                              TOTAL: 4