# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
VINCENT G. KELLEY § Case No. 09-14879
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Gregg Szilagyi_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 901039 Fort Worth, TX 76101 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Express Bank, FSB | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America Pob 17054 Wilmington, DE 19884 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Drive Ste. | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Drive Ste. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One POB 26074 Richmond, VA 23260 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditors Financial Group POB 440290 Aurora, CO 80044 | | | | | |
| | Custom Coll Srvs Inc 55 E 86th Ave Ste D Merrillville, IN 46 | | | | | |
| | Dependon Collection Se 120 W 22nd St Ste 360 Oak Brook, IL 6 | | | | | |
| | Deutsch, Levy and Engel 225 W. Washington Ste. 1700 Chicago, | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | FIA Card Services, NA/Bank of America | | | | | |
| 2 | JP Morgan Chase Bank NA | | | | | |
| 5 | JP Morgan Chase Bank, c/o Ascension Capital Group | | | | | |
| 1 | James M. Covert | | | | | |
| | James M. Covert 2175 Chester Court Hoffman Estates, IL 60192 | | | | | |
| | Joseph E. Daudish Interstate Bank Office Plaza POB 526 Oak F | | | | | |
| | Nco Fin/99 Po Box 41466 Philadelphia, PA 19101 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Palos Community Hospital 12251 S. 80th Ave. Palos Heights, I | | | | | |
| | Radiology Imaging Consultants POB 1886 Harvey, IL 60426 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Rmi | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Southwest Labratory Physicians Dept. 77-9288 Chicago, IL 606 | | | | | |
| | Stuart Berks Deutsch, Levy & Engel, Chartered 225 W. Washing | | | | | |
| | Sullivan Urgent Aid Centers LTD Dept. 20-6001, POB 5990 Caro | | | | | |
| | West Asset Management 220 Sunset Blvd Ste A Sherman, TX 7509 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-14879 | TAB | Judge: | Honorable Timothy A. Barnes | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | VINCENT G. KELLEY | | | | Date Filed (f) or Converted (c): | 04/24/09 (f) |
| | | | | | 341(a) Meeting Date: | 06/15/09 |
| For Period Ending: 08/07/13 | | | | | Claims Bar Date: | 04/27/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family 3512 Bernice Road Lansing, IL 60438 | 72,500.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Cash on hand | 50.00 | 50.00 | | 0.00 | 50.00 |
| 3 | Misc. household goods | 500.00 | 500.00 | | 0.00 | 500.00 |
| 4 | Misc. wearing apparel | 300.00 | 300.00 | | 0.00 | 300.00 |
| 5 | term policy no cash value beneficiary is debtor's wife. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | 2001 Mercury Grand Marquis (one-half interest shared with sp | 1,355.00 | 1,355.00 | | 0.00 | 1,355.00 |
| 7 | 2004 Ford Econoline with approx 53,000 miles. (one-half inte | 1,750.00 | 1,750.00 | | 0.00 | 1,750.00 |
| 8 | AVOIDANCE ACTION - BEANZY, INC. (u) | Unknown | 0.00 | | 40,000.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.56 | Unknown |

TOTALS (Excluding Unknown Values)     $76,455.00     $3,955.00     $40,002.56

Gross Value of Remaining Assets
$3,955.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): / /

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-14879
Case Name: VINCENT G. KELLEY
Taxpayer ID No: XX-XXX9985
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2011 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/12 | 8 | BEANZY, LTD | SETTLEMENT OF JUDGMENT | 1241-000 | 40,000.00 | | 40,000.00 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.25 | | 40,000.25 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.32 | | 40,000.57 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.54 | 39,953.03 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,953.37 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 49.12 | 39,904.25 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,904.58 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 50.70 | 39,853.88 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,854.22 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 50.63 | 39,803.59 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,803.92 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.31 | 39,756.61 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,756.95 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 52.14 | 39,704.81 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.31 | | 39,705.12 |
| 08/30/12 | | Transfer to Acct#XXXXXX5393 | Transfer of Funds | 9999-000 | | 39,705.12 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 40,002.56 | 40,002.56 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,705.12 | |
| Subtotal | 40,002.56 | 297.44 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 40,002.56 | 297.44 | |

| | | |
|---|---|---|
| Page Subtotals | 40,002.56 | 40,002.56 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 09-14879
Case Name: VINCENT G. KELLEY
Taxpayer ID No: XX-XXX9985
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5393 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Transfer from Acct#XXXXXX2011 | Transfer of Funds | 9999-000 | 39,705.12 | | 39,705.12 |
| 12/19/12 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 4,750.26 | 34,954.86 |
| 12/19/12 | 001003 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 14,916.00 | 20,038.86 |
| 12/19/12 | 001004 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 276.34 | 19,762.52 |
| 12/19/12 | 001005 | James M. Covert<br>c/o Lee Farbman<br>Deutsch, Levy & Engle, Chartered<br>225 W Washington, Ave, Ste 1700<br>Chicago IL 60606 | (Final distribution to Claim 1, representing a Payment of 3.75% per court order.) | 7100-000 | | 17,900.56 | 1,861.96 |
| 12/19/12 | 001006 | JP Morgan Chase Bank NA<br>Ascension Capital Group, Inc<br>Pob 201347<br>Arlington TX 76006 | (Final distribution to Claim 2, representing a Payment of 3.75% per court order.) | 7100-000 | | 225.44 | 1,636.52 |
| 12/19/12 | 001007 | Rmi<br>3348 Ridge Rd<br>Lansing, IL 60438 | (Final distribution to Claim 3, representing a Payment of 3.75% per court order.) | 7100-000 | | 183.48 | 1,453.04 |

Page Subtotals    39,705.12    38,252.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 09-14879
Case Name: VINCENT G. KELLEY
Taxpayer ID No: XX-XXX9985
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5393 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/12 | 001008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 4, representing a Payment of 3.75% per court order.) | 7100-000 | | 41.72 | 1,411.32 |
| 12/19/12 | 001009 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (Final distribution to Claim 6, representing a Payment of 3.75% per court order.) | 7100-000 | | 1,411.32 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 39,705.12 | 39,705.12 | 0.00 |
| Less: Bank Transfers/CD's | 39,705.12 | 0.00 | |
| Subtotal | 0.00 | 39,705.12 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 39,705.12 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX2011 | 40,002.56 | 297.44 | 0.00 |
| Checking Acccount - XXXXXX5393 | 0.00 | 39,705.12 | 0.00 |
| | 40,002.56 | 40,002.56 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 40,002.56
Total Gross Receipts: 40,002.56

Page Subtotals     0.00     1,453.04